# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11-cv-8339 | **DATE** | 11/29/11 |
| **CASE TITLE** | Hard Drive Productions, Inc. v. John Doe | | |

**DOCKET ENTRY TEXT:**

Initial status hearing set for 2/7/2012 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|