# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

CASE NO. 1:11-cv-08339

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, with prejudice, all causes of action in the complaint against John Doe associated with the IP Address 98.206.99.122. John Doe has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

    Respectfully Submitted,

    Hard Drive Productions, Inc.

**DATED: November 21, 2011**

    By:   /s/ Paul Duffy
    Paul Duffy (Bar No. 6210496)
    Prenda Law Inc.
    161 N. Clark St., Suite 3200
    Chicago, IL 60601
    Phone: 312-880-9160
    Fax: 312-893-5677
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on February 1, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


            /s/ Paul Duffy
            PAUL DUFFY